UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENNY RUBIN, et al. )<br>)<br>Plaintiffs–Judgment Creditors, )<br>)<br>v. )<br>)<br>THE ISLAMIC REPUBLIC OF IRAN, et al. )<br>)<br>Defendants–Judgment Debtors, )<br>)<br>v. )<br>)<br>MUSEUM OF FINE ARTS, HARVARD UNIVERSITY, )<br>et al. )<br>)<br>Trustee Process Respondents. ) | Case No.:<br>06-11053-GAO |

## ORDER GRANTING MOTIONS
## FOR PARTIAL RELEASE OF ATTACHMENT

The motions of Trustee Process Respondents President and Fellows of Harvard College (Harvard) and Museum of Fine Arts (MFA) for Partial Release of Attachment were heard on June 3, 2010, and after hearing it is hereby ordered:

The attachment as to Harvard does not apply to any object not identified in Exhibit A to the Judgment Creditors' Response to Harvard Trustee Process Respondents' First Set of Interrogatories dated December 2, 2009.

The attachment as to MFA does not apply to any object not identified in Exhibit A to the Judgment Creditors' Response to Museum of Fine Arts Trustee Process Respondents' First Set of Interrogatories dated December 2, 2009, or in Exhibit A-1 to Judgment Creditors'

Supplemental Answer to Museum of Fine Arts Trustee Process Respondents' First Set of Interrogatories dated June 1, 2010.

/s/ George A. O'Toole, Jr.
George A. O'Toole, Jr.
United States District Judge

June 8, 2010

2